BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (175783)
fbottini@bottinilaw.com
Albert Y. Chang (296065)
achang@bottinilaw.com
Yury A. Kolesnikov (271173)
ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile:  (858) 914-2002

*Local Counsel for Plaintiff
and Wolfram T. Worms*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| COUNTY OF COOK, | Case No. _____ |
|---|---|
| Plaintiff, | **Plaintiff's Notice of Motion and Motion to Quash Subpoena *Duces Tecum* to Non-Party Investigator Wolfram T. Worms and for a Protective Order** |
| vs. | |
| WELLS FARGO & CO., WELLS FARGO FINANCIAL, INC., and WELLS FARGO BANK, N.A., | Date:        TBD |
| | Time:       TBD |
| Defendants. | Courtroom: TBD |
| | Judge:      TBD |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, County of Cook, plaintiff in the underlying action pending in the United States District Court for the Northern District of Illinois (Case No. 14 C 9548), will move, and hereby does move, this Court for entry of the following two orders under Rule 26(c) and Rule 45(d)(3) of the Federal Rules of Civil Procedure:

- an order quashing the subpoena to non-party Wolfram T. Worms issued by defendants Wells Fargo & Co. and Wells Fargo Bank, N.A.; and
- a protective order.

Plaintiff is entitled to the relief sought because the discovery at issue in defendants' subpoena is protected work product.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 7, 2019.[1]

In support of this motion, plaintiff submits the accompanying Memorandum of Points and Authorities, the accompanying Declaration of James M. Evangelista, with exhibits, the accompanying Declaration of Wolfram T. Worms, and relies on any argument or additional evidence the Court permits.

///
///
///

---

[1] Plaintiff notes that the pre-motion meet-and-confer requirements under L.R. 7-3 and L.R. 37-1 are inapplicable because this motion to quash a subpoena (a) is filed as an original proceeding under Rule 45(d)(3); and (b) arises from a separate civil action pending in the United States District Court for the Northern District of Illinois. *See* L.R. 45-1 (expressly excluding from compliance with L.R. 37 all "motions transferred to this district pursuant to [Rule] 45(f)").

1

| | |
|---|---|
| Dated: March 7, 2019 | BOTTINI & BOTTINI, INC.<br>Francis A. Bottini, Jr. (175783)<br>Albert Y. Chang (296065)<br>Yury A. Kolesnikov (271173)<br><br>      s/ Francis A. Bottini, Jr.<br>      Francis A. Bottini, Jr.<br><br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037<br>Telephone:  (858) 914-2001<br>Facsimile:  (858) 914-2002<br><br>*Local Counsel for Plaintiff and Wolfram T. Worms*<br><br>EVANGELISTA WORLEY, LLC<br>James M. Evangelista<br>Jim@ewlawllc.com<br>David J. Worley<br>David@ewlawllc.com<br>8100 A Roswell Road, Suite 100<br>Atlanta, Georgia 30350<br>Telephone:  (404) 205-8400<br>Facsimile:  (404) 205-8395<br><br>*Special Assistant State's Attorneys for County of Cook and Counsel for Wolfram T. Worms*<br><br>MILBERG TADLER PHILLIPS GROSSMAN LLP<br>Sanford P. Dumain<br>Sdumain@milberg.com<br>Peggy J. Wedgworth<br>pwedgworth@milberg.com<br>Melissa R. Clark<br>mclark@milberg.com<br>Jennifer S. Czeisler<br>jczeisler@milberg.com<br>J. Birt Reynolds<br>breynolds@milberg.com<br>One Pennsylvania Plaza, Suite 1920<br>New York, New York 10119<br>Telephone:  (212) 594-5300<br>Facsimile:  (212) 868-1229<br><br>*Additional Counsel for County of Cook and Wolfram T. Worms* |