# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF COOK<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO AND CO., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19−mc−00031−GW−MRW<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __3/26/2019__

Document Number(s):  __6__

Title of Document(s):  __Joint Stipulation Regarding Plaintiffs Withdrawal of Motion to Quash Subpoena Duces Tecum to NonParty Investigator Wolfram T. Worms and for a Protective Order__

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Other:

Electronic copies of proposed orders (in Microsoft Word format) must be e−mailed to the Court at MRW_chambers@cacd.uscourts.gov

**Note:**    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _March 29, 2019_      By:  __/s/ *Veronica McKamie  veronica_piper@cacd.uscourts.gov*__
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS