# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | MC 19-31 GW (MRW) | Date | April 10, 2019 |
|---|---|---|---|
| Title | County of Cook v. Wells Fargo and Co. | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE

    Plaintiff filed a notice withdrawing the motion for subpoena. (Docket # 6.) The motion is withdrawn. This action is dismissed in its entirety.